#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ETHAN FERNANDEZ, | § | |
|    Plaintiff | § | |
| | § | |
| V. | § | CASE NO. 5:23-cv-00128 |
| | § | |
| HARLANDALE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|    Defendant | § | |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Harlandale Independent School District, files this notice of removal under 28 U.S.C. §1446(a).

#### A.   Introduction

1. This action commenced on October 18, 2022, in the 37th Judicial District Court of Bexar County, Texas, as Cause No. 2022-CI-20671. In his Original Petition, Plaintiff asserted claims under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, *et. seq.,* claiming discrimination on the basis of age, race, retaliation and wrongful termination.

2. Harlandale ISD was served with the lawsuit on January 3, 2023. Harlandale ISD made its first appearance on January 24, 2023, by filing its Answer and Affirmative Defenses. As of this date, the case is styled *Ethan Fernandez v. Harlandale Independent School District*.

#### B.   Basis for Removal

3. This is a civil action and this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1343; therefore, it is removable to this Court by Defendant pursuant

to the provisions of 28 U.S.C. §1441, since it is a civil action over which the Federal district courts have original jurisdiction over the subject matter pursuant to the statutory provisions noted above, and since the case arises under the laws of the Constitution and the United States. This Court has supplementary jurisdiction over any and all of Plaintiff's claims asserted under Texas law because they are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. § 1367.

4.  A copy of all process, pleadings and orders served on Defendant in this action and the State court docket sheet is attached to this Notice.

5.  Venue is proper in this district under 28 U.S.C. §1441 (a) because the state court where the suit has been pending is located in this district.

6.  Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

WHEREFORE, PREMISES CONSIDERED, Defendant, Harlandale Independent School District prays that this cause be removed to the United States District Court for the Western District of Texas, San Antonio Division, and that the said Court grant said Defendant all relief, special or general, at law or in equity, to which it shows itself justly entitled.

    Respectfully Submitted,

By:    *//s// KATIE E. PAYNE*
    KATIE E. PAYNE
    State Bar No. 24071347
    Email: kpayne@wabsa.com
    D. CRAIG WOOD
    State Bar No. 21888700
    Email: cwood@wabsa.com
    **WALSH GALLEGOS TREVIÑO KYLE & ROBINSON P.C.**
    1020 N.E. Loop 410, Suite 450

San Antonio, Texas 78209
Telephone: (210) 979-6633
Facsimile:  (210) 979-7024

**ATTORNEYS FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 2nd day of February, 2023, a true and correct copy of the above and foregoing was electronically filed with the Clerk of Court using CM/ECF system.  The undersigned certifies that on the 2nd day of February, 2023, notification of such filing has been sent to the following by certified mail return receipt requested:

| | |
|---|---|
| Jason J. Jakob<br>THE JAKOB LAW FIRM, P.C.<br>The Tetco Center<br>1100 NE Loop 410, Suite 200<br>San Antonio, Texas  78209<br>Email:  jjakob@thejakoblaw.com | **CMRRR No. 7020 2450 0001 2885 2329<br>and email** |

<i>//s// KATIE E. PAYNE</i><br>KATIE E. PAYNE