IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ETHAN FERNANDEZ, | § | No. 5:23-CV-128-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| HARLANDALE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

<u>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE</u>

The matter before the Court is the status of this case. On April 14, 2025, the Court ordered Plaintiff file a status report to this Court as explained in that Order on or before May 12, 2025, and warned him that failure to file a report would result in the Court's sua sponte dismissal of this case. (Dkt. # 27.) Plaintiff has failed to file any report or otherwise prosecute this case. Accordingly, the Court will now **DISMISS WITHOUT PREJUDICE** this case for failure to prosecute in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk's Office is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED**: San Antonio, Texas, May 22, 2025.

_____
David Alan Ezra
Senior United States District Judge